| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____ Chapter __11__ |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy            06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
DMD Florida Restaurant Group C, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
46-4733474

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 15951 SW 41st St. Suite 800 Davie, FL 33331 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Broward | Location of principal assets, if different from principal place of business |
| County | 440 SW 145th Ave Pembroke Pines, FL 33027 |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **DMD Florida Restaurant Group C, LLC**　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　__5211__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
　　☐ A plan is being filed with this petition.
　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

　District _____　When _____　Case number _____
　District _____　When _____　Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Official Form 201　　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　　page 2

Debtor **DMD Florida Restaurant Group C, LLC** _____ Case number (*if known*) _____
     Name

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**      Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor __DMD Florida Restaurant Group C, LLC__     Case number (*if known*) _____
       Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 6, 2025**
                  MM / DD / YYYY

**X** **/s/ Jack Flechner**                   **Jack Flechner**
Signature of authorized representative of debtor      Printed name

Title    **Manager and Co-CEO**

**18. Signature of attorney**

**X** **/s/ Aaron A. Wernick**             Date **January 6, 2025**
Signature of attorney for debtor                 MM / DD / YYYY

**Aaron A. Wernick**
Printed name

**Wernick Law, PLLC**
Firm name

**2255 Glades Rd**
**Suite 324A**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone   **561-961-0922**      Email address   **awernick@wernicklaw.com**

**14059 FL**
Bar number and State

Debtor  **DMD Florida Restaurant Group C, LLC**  Case number (*if known*)
           Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number (*if known*) _____  Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **DMD Florida Development 2, LLC** | | Relationship to you | **Affiliated entity** |
| District | **Southern District of Florida, Fort Lauderdale Division** | When **1/06/25** | Case number, if known | |
| Debtor | **DMD Florida Restaurant Group D, LLC** | | Relationship to you | **Affiliated entity** |
| District | **Southern District of Florida, Fort Lauderdale Division** | When **1/06/25** | Case number, if known | |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **DMD Florida Restaurant Group C, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 6, 2025**    X **/s/ Jack Flechner**
Signature of individual signing on behalf of debtor

**Jack Flechner**
Printed name

**Manager and Co-CEO**
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **DMD Florida Restaurant Group C, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| City of Pembroke Pines<br>PO Box 296005<br>Hollywood, FL 33026 | | Utilities | | | | $2,500.00 |
| Colormark<br>1840 Hutton Drive Bldg 208<br>Carrollton, TX 75006 | | Vendor | | | | $1,000.00 |
| Constrology Services<br>10400 W McNab Rd<br>Tamarac, FL 33321 | | Vendor | | | | $32,581.92 |
| Cusanos Baking Company<br>5480 West Hillsboro Blvd<br>Pompano Beach, FL 33073 | | Vendor | | | | $1,728.43 |
| Direct TV<br>PO Box 105249<br>Atlanta, GA 30348-5249 | | Vendor | | | | $250.00 |
| EdDon<br>2562 Payshere Circle<br>Chicago, IL 60674 | | Vendor | | | | $3,541.38 |
| Florida Restaurant Franchise Group IX,LP<br>5621 Strand Blvd, Sutie 202<br>Naples, FL 34110 | | Collier County Civil lawsuit case #: 2024-CA-001172 | | | | $12,000,000.00 |
| FPL RRD/LFO BKY<br>4200 W. Flagler St.<br>Miami, FL 33134-1606 | | Utilities | | | | $6,208.26 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

Debtor **DMD Florida Restaurant Group C, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Joe Hand Promotions**  **213 West Street Rd**  **Feasterville Trevose, PA 19053** | | **Vendor** | | | | $250.00 |
| **Klene Supreme**  **859 Okaloosa Ave**  **Orlando, FL 32822** | | **Vendor** | | | | $1,498.00 |
| **Mr Greens**  **2450 NW 116th Street**  **Building 1**  **Miami, FL 33167** | | **Vendor** | | | | $2,500.00 |
| **PP Omni**  **15951 SW 41st St**  **Suite 800**  **Davie, FL 33331** | | **Landlord commerical property lease** | | | | $39,050.00 |
| **RTI (Restaurant Technologies)**  **12962 Collections Center Dr.**  **Chicago, IL 60693** | | **Vendor** | | | | $260.73 |
| **Sysco**  **1390 Enclave Parkway**  **Houston, TX 77077** | | **Vendor** | | | | $29,864.06 |
| **TECO**  **PO Box 31318**  **Tampa, FL 33631** | | **Vendor** | | | | $1,597.74 |
| **Twin Peaks Corporate**  **5151 Belt Line Rd**  **Suite 1200**  **Dallas, TX 75254** | | **Vendor** | | | | $12,000.00 |

```
Broward County Tax Collector
115 S. Andrews Ave
Room 114
Fort Lauderdale, FL 33301-1873


City of Pembroke Pines
PO Box 296005
Hollywood, FL 33026


Colormark
1840 Hutton Drive
Bldg 208
Carrollton, TX 75006


Constrology Services
10400 W McNab Rd
Tamarac, FL 33321


Cusanos Baking Company
5480 West Hillsboro Blvd
Pompano Beach, FL 33073


Direct TV
PO Box 105249
Atlanta, GA 30348-5249


EdDon
2562 Payshere Circle
Chicago, IL 60674


Florida Dept of Revenue
Bankruptcy Section
PO Box 6668
Tallahassee, FL 32314-6668


Florida Restaurant Franchise Group IX,LP
5621 Strand Blvd, Sutie 202
Naples, FL 34110


FPL RRD/LFO BKY
4200 W. Flagler St.
Miami, FL 33134-1606
```

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Joe Hand Promotions
213 West Street Rd
Feasterville Trevose, PA 19053


Klene Supreme
859 Okaloosa Ave
Orlando, FL 32822


Mr Greens
2450 NW 116th Street
Building 1
Miami, FL 33167


PP Omni
15951 SW 41st St
Suite 800
Davie, FL 33331


RTI (Restaurant Technologies)
12962 Collections Center Dr.
Chicago, IL 60693


Sysco
1390 Enclave Parkway
Houston, TX 77077


TECO
PO Box 31318
Tampa, FL 33631


Twin Peaks Corporate
5151 Belt Line Rd
Suite 1200
Dallas, TX 75254